UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN B. MADISON                                              CIVIL ACTION

VERSUS                                                        NO. 10-1128

ORLEANS PARISH PRISON                                         SECTION: "S"(3)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge, in part, and adopts that part as its opinion in this matter. Specifically, the Court adopts the Report and Recommendation of the United States Magistrate Judge only as to his finding that Orleans Parish Prison is an improper defendant. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this __4th__ day of _____June_____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**